Robert A. Mautino
Mautino & Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-mail: bob@mautino.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gammagrafix, Inc. and Francisco, Dworak-Tirado,<br><br>Plaintiffs<br><br>-vs-<br><br>Michael Chertoff, Secretary, Emilio Gonzalez, Director, Cristina Poulos, Director, Department of Homeland Security,<br><br>Defendants | No. '08 CV 0448 JAH LSP<br><br>COMPLAINT FOR DECLARATORY RELIEF<br><br>CIS No.: WAC 08 097 51729 |

Plaintiffs, by their attorney, complaining of Defendants, allege as follows:

1. Plaintiff Gammagrafix, Inc. is a corporation organized under the laws of the state of California with its situs and principal place of business within the jurisdiction of this Court. Francisco Dworak-Tirado is the President and sole owner of Gammagrafix, Inc., and he resides within the jurisdiction of this Court. Plaintiffs' claim to relief arises under 8 U.S.C. 1101(a)(15)(E)(i) and 8 C.F.R. 214.2(e)(1).

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Emilio Gonzalez is the Director of the bureau of Citizenship and

Immigration Services (CIS) of the DHS and Cristina Poulos is the Director of the California Service Center (CSC) of the CIS. All Defendants are sued herein in their official capacities. Plaintiffs are informed and believe, and thereon allege, that Defendants are responsible for the administration of the Immigration and Nationality Act as it relates to certain functions including nonimmigrant applications under 8 U.S.C. 1101(a)(15)(E)(i) and 8 C.F.R. 214.2(e)(1).

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651, 5 U.S.C. 701 et seq. and 28 U.S.C. 2201 et seq., and relief is requested pursuant to said statutes.

4. Prior to the events giving rise to this cause of action, Defendants had granted "E-1" nonimmigrant status under 8 U.S.C. 1101(a)(15)(E)(i) to Plaintiff Francisco Dworak-Tirado.

5. On or about February 20, 2008, Plaintiff Gammagrafix, Inc. filed a "Petition for a Nonimmigrant Worker" (form I-129) with Defendants asking for an extension of the E-1 nonimmigrant status previously granted to its President and sole owner, Mr. Dworak-Tirado.

6. On February 25, 2008, Defendants denied the application on the basis that the company President and sole owner was not an executive or supervisor in that he was not performing executive or supervisory duties and, therefore, that he was not qualified for the extension of status. However, the evidence in the record shows that the company has three employees, including its President who oversees the company's operations and is actively involved in its activities, that it is actively engaged in the export of printing machines and similar devices to Mexico

and that its gross revenues, on an annual basis, are over US$ 900,000. Thus, Plaintiffs allege that the company President is qualified for the requested extension of status per the authority in 8 C.F.R. 214.2(e)(1).

7. The evidence in the administrative record directly contradicts the agency's finding that the company President does not function as an executive. The agency's conclusion has no basis in law or fact and is arbitrary, capricious, not in accordance with the law and, at best, an abuse of discretion.

8. The Plaintiffs have exhausted their administrative remedies.

9. The Plaintiffs desire a judicial determination of their rights and duties and a declaration that the company is entitled to have its application under 8 U.SC. 1101(a)(15)(E)(i) granted.

WHEREFORE, Plaintiffs pray:

A. For a judgment declaring that the denial of the application for extension of E-1 status under 8 U.S.C. 1101(a)(15)(E)(i) was arbitrary, capricious and contrary to law;

B. For a judgment declaring that Plaintiffs' application for extension of status under 8 U.S.C. 1101(a)(15)(E)(i) be granted; and

B. For such other and further relief as may be just, lawful and equitable in the premises.

Dated: 03/11/2008

Robert A. Mautino
Attorney for Plaintiffs

```
       UNITED STATES
       DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

       # 148634      - SH
       * * C O P Y * *
        March 11, 2008
           10:57:46


        Civ Fil Non-Pris
   USAO #.: 08CV0448
   Judge..: JOHN A HOUSTON
   Amount.:              $350.00 CK
   Check#.: BC10725



      Total-> $350.00


   FROM: GAMMAGRAFIX INC V. CHERTOFF
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gammagrafix, Inc., et al.

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Mautino
Mautino and Mautino   (619) 235-9177
1059 10th Ave., San Diego, CA 92101

## DEFENDANTS
Michael Chertoff, Secretary, et al.

FILED
08 MAR 11 AM 10:56
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'08 CV 0448 JAH LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. 1101(a)(15)(E)(i)

Brief description of cause:
Declaratory relief action to reverse decision of admin. agency

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/11/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 148634  AMOUNT $350  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

SL 3/11/08

CR