Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gammagrafix, Inc. and
Francisco Dworak-Tirado,

vs

Michael Chertoff, Secretary,
Emilio Gonzalez, Director and
Cristina Poulos, Director,
Department of Homeland Security

FILED
08 MAR 11 AM 10:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0448 JAH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101

(619) 235-9177

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/11/08
DATE

By C. KRUTTMANN  Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT:14443\1 May 5, 1999 (11:34am)

CR