Robert A. Mautino
Mautino & Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-mail: bob@mautino.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gammagrafix, Inc., et al., ) | Case No. 08-cv-0448 JAH (LSP) |
| ) | |
| Plaintiffs ) | |
| -vs- ) | |
| ) | VOLUNTARY DISMISSAL OF ACTION |
| Michael Chertoff, Secretary ) | |
| of the Department of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Defendants ) | |
| _____) | |

    WHEREAS, the Plaintiffs complained that the Defendants had incorrectly denied their application under 8 U.S.C. 1101(a)(15)(E)(i), and

    WHEREAS, the Defendants have reopened the matter and reversed their original decision, and

    WHEREAS, the Plaintiffs' application has now been approved, thus providing the Plaintiffs with the relief they were seeking in their complaint, and

    WHEREAS, the matter complained of is now moot, and

    WHEREAS, the Defendants have not answered the complaint or otherwise appeared in this action,

    NOW, THEREFORE, the Plaintiffs, through counsel, voluntarily dismiss this

action pursuant to rule 49(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

    Dated: May 4, 2008                      Respectfully submitted,

                                                      s/Robert A. Mautino
                                                      Robert A. Mautino
                                                      Mautino and Mautino
                                                      Attorney for Plaintiffs